(Nos. 2591, 2592, 2593, 2594, 2595, consolidated—

ALBERT PARSONS, No. 2591, JAMES KANE, No. 2592, HARVEY CREGIER, No. 2593, JOHN HOWALCZYK, No. 2594, ROBERT SCOTT, No. 2595, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 9, 1935.*

Claimants, pro se.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

The above claims were all filed as individual claims, pro se. As they arise out of the same transaction all will be disposed of in this one opinion.

Plaintiffs seek payment for services as members of the Mine Rescue Team at LaSalle, Illinois for rescue work per-

formed at the Moweaqua, Illinois, Mine Disaster on December 24, 1932. It appears the claimants, as members of said Mine Rescue Team, went to Momeaqua at the request of John Millhouse, then Director of the Department of Mines and Minerals, to assist in the work made necessary by the explosion. Claimants engaged in the rescue work for five days and were each entitled to the sum of Eighty-five Dollars ($85.00), including expenses; that they agreed to accept Eighty Dollars, ($80.00) and were paid Forty Dollars ($40.00) each; that there still remains due each the sum of Forty Dollars ($40.00). The claims were filed February 6, 1935 and in a report dated February 18, 1935 from James McSherry, Director of the Department of Mines and Minerals, it is stated, "The claims are just and I would recommend their payment."

It further appears that an appropriation for the ordinary and contingent expenses of the Department of Mines and Minerals for the biennium (Session Laws 1931, Pages 79-80) include the following items:

For .extra helmet men as emergency substitutes
and necessary assistants at mine disasters....$6,000.00 per annum
For contingencies ......................... 5,000.00 per annum

It further appears that where the owner of a mine, when a disaster occurs, is solvent, he is required to pay for the services of the Mine Rescue Team called out at the disaster. Because of the financial condition of the Moweaqua Coal Company, no collection of the amount claimed by the several parties can be made therefrom. The Moweaqua Mine Disaster was one of the worst in the annals of Illinois mines and the record discloses that the claimants rendered valuable service in accordance with the request of the Department of Mines and Minerals, and that there is proper justification for an allowance of the amounts due them:

An award is therefore made as follows:

To: Albert Parsons ....................................... $40.00
    James Kane .......................................... 40.00
    Harvey Cregier ...................................... 40.00
    John Howalczyk ...................................... 40.00
    Robert Scott ........................................ 40.00